JUSTUS W. VICTORY, as Commissioner, etc., Respondent, v.
BENJAMIN BLOOD, Appellant.

An appeal may be taken to the General Term from an interlocutory judg-
ment (Code of Civil Procedure, § 1349), but such a judgment can only be
reviewed in this court on appeal from the final judgment (§§ 190, 1336,
1350)

(Argued June 27, 1883 ; decided October 9, 1883.)

THE following is the mem. handed down herein :

" The plaintiff brought this action against the defendant,
his predecessor in office, to compel him to account for moneys
received by him officially, and to pay over any balance which
might be found in his hands.   The action was put at issue by
the answer of the defendant, and was brought to trial at a
Special Term of the Supreme Court.

" The court found that the plaintiff was entitled to recover
from the defendant such sum as might be found due him upon
the coming in of the report of the referee appointed to take an
accounting, and appointed a referee to take the account and
report the same to the court, reserving the question of costs,
until the coming in of the report.   An interlocutory judgment
was entered, from which the defendant appealed to the Gen-
eral Term, where it was affirmed.   He then appealed to this
court.

" The defendant could appeal from the interlocutory judgment
to the General Term (Code, § 1349), but an appeal to this court
was unauthorized, as the judgment was not final.   (Code,
§ 190 ; *Jones* v. *Jones*, 81 N. Y. 35 ; *Walker* v. *Spencer*, 86
id. 162.)   The only case in which an appeal can be taken to
this court from an interlocutory judgment, or an order affirm-
ing such a judgment, is provided for in subdivision 1 of section
190.

" The defendant must allow the account to be taken by the
referee, and if any balance is found against him, final judgment
may be entered therefor, and then he can appeal to this court.
(Code, §§ 1336, 1350.)

" The appeal should be dismissed, with costs."

*M. L. Stover* for appellant.

*W. L. Van Denbergh* for respondent.

EARL, J., reads for dismissal of appeal, with costs.
All concur.
Appeal dismissed.